

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00481-CR

Reymundo **BOSQUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR9960
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED November 1, 2017.

Luz Elena D. Chapa, Justice